E-FILED
Wednesday, 04 April, 2007 05:08:59 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION



FILED

APR 4 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR 07-20044 |
| | ) | |
| ROBERT MICHAEL QUINLAN, | ) | Title 21, United States Code, Sections |
| | ) | 841(a)(1) & (b)(1)(B)(viii); Title 18, |
| Defendant. | ) | United States Code, Section 2. |

## INDICTMENT

### COUNT 1

**THE GRAND JURY CHARGES:**

1. From on or before March, 2006, and continuing through at least November 15, 2006, in Iroquois County, in the Central District of Illinois, and elsewhere,

**ROBERT MICHAEL QUINLAN,**

defendant herein, did knowingly and intentionally conspire with others, both known and unknown to the grand jury, to manufacture methamphetamine, a Schedule II controlled substance, and the conspiracy involved five grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B)(viii).

2. **Objects of the Conspiracy**

The objects of this criminal conspiracy included to obtain quantities of pseudoephedrine and other precursors, which could then be manufactured into methamphetamine, and to do so without detection by law enforcement authorities.

3. **Means and Methods of the Conspiracy**

Among the means and methods by which the conspirators conducted and participated in the criminal conspiracy are the following:

a. The sale of products containing pseudoephedrine has been restricted by state and federal law to prevent pseudoephedrine from being used to illegally manufacture methamphetamine. To attempt to evade these restrictions and avoid detection of the conspiracy, the defendant purchased products containing pseudoephedrine at different retail locations, including in different states, at different times. The defendant also attempted to evade these restrictions and avoid detection of the conspiracy by inducing others to purchase products containing pseudoephedrine for the defendant by offering either money or methamphetamine in exchange for their assistance.

b. The defendant and others then used the pseudoephedrine that they had obtained to illegally manufacture methamphetamine.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2.

A TRUE BILL.

s/Foreperson
FOREPERSON

s/Greg Harris for
RODGER A. HEATON
United States Attorney

ELM