# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**  )
   Plaintiff  )
  )
  ) CASE NO. **07-20044**
  )
**ROBERT MICHAEL QUINLAN**  )
   Defendant  )

## SCHEDULING ORDER IN CRIMINAL CASE

    This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:30 P.M.** on **JUNE 7, 2007,** before the Honorable Michael P. McCuskey.

    IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **JUNE 18, 2007,** before the Honorable Michael P. McCuskey.

    **IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

    ENTER this 12th day of April, 2007.


    s/   David G. Bernthal
_____
DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE