# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 07-20044 |
| ROBERT MICHAEL QUINLAN | ) | |
| Defendant | ) | |

TO:    THE U. S. MARSHAL and any
       AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest ROBERT MICHAEL QUINLAN, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with Conspiracy to manufacture methamphetamine in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(B)(viii).

**HAROLD A. BAKER**
Name of Issuing Officer

s/ Harold A. Baker
Signature of Issuing Officer

**U.S. DISTRICT JUDGE**
Title of Issuing Officer

April 4, 2007 Urbana, IL
Date and Location

**FILED**
APR 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Bail fixed at NONE. To be determined at initial appearance.

### RETURN
This warrant was received and executed with the arrest of the above named defendant at _Milford IL_

| Date Received 04/05/07 | Name of Arresting Officer Chris Koerner | Signature of Arresting Officer |
| Date of Arrest 04/11/07 | Title of Arresting Officer T.S.P. | |