E-FILED
Tuesday, 15 May, 2007  11:05:15 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff,<br><br>v.<br><br>ROBERT MICHAEL QUINLAN,<br><br>　　Defendant | No.: 07-20044 |

### *MOTION TO CONTINUE PRETRIAL CONFERENCE DATE AND VACATE TRIAL DATE AND TO EXTEND THE RULE 12.1 MOTION FILING DEADLINE*

NOW COMES the Defendant, ROBERT MICHAEL QUINLAN, by and through his attorneys, Richard H. Parsons and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order extending the Rule 12.1 motion filing deadline, and continuing the pretrial conference date, presently scheduled for June 7, 2007, and vacating the trial date, presently scheduled for June 18, 2007, and in support thereof, states as follows:

1.　　The Office of the Federal Public Defender was appointed to represent Robert Quinlan by United States Magistrate Judge Bernthal on or about April 12, 2007.

2.　　This is Mr. Quinlan's <u>FIRST</u> request for a continuance of his pretrial conference and trial dates.

3.　　Defense counsel needs more time to review the case and discuss this matter with Mr. Quinlan so that he can make an informed decision regarding his right to trial.

1

4. Thus, in order to protect the defendant's Fifth and Sixth Amendment rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by extending the Rule 12.1 motion filing deadline and continuing the pretrial conference date and vacating the jury trial date.

WHEREFORE, Defendant respectfully requests the entry of an Order extending the Rule 12.1 motion filing deadline and continuing the pretrial conference date and vacating jury trial date in this cause.

                               Respectfully Submitted,

                               ROBERT MICHAEL QUINLAN, Defendant

                               RICHARD H. PARSONS
                               Federal Public Defender

                                    s/John Taylor
                 BY:_____
                               JOHN TAYLOR
                               Assistant Federal Public Defender
                               300 West Main Street
                               Urbana, Illinois 61801
                               Telephone: (217) 373-0666
                               Facsimile: (217) 373-0667
                               Email: John_Taylor@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on May 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Eugene L. Miller.

                s/John Taylor

                _____
                JOHN TAYLOR
                Assistant Federal Public Defender
                300 West Main Street
                Urbana, Illinois 61801
                Telephone: (217) 373-0666
                Facsimile: (217) 373-0667
                Email: John_Taylor@fd.org