UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Crim. No. 07-20044 |
| | ) |
| ROBERT MICAHEL QUINLAN, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S EXHIBIT LIST**

NOW COMES the Defendant, ROBERT MICHAEL QUINLAN, by and through his attorneys, Richard H. Parsons and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, and adopts the Exhibit List of the United States Government.

Respectfully Submitted,

RICHARD H. PARSONS
Federal Public Defender

BY:     s/John Taylor
         JOHN TAYLOR
         Assistant Federal Public Defender
         300 West Main Street
         Urbana, Illinois 61801
         Telephone: (217) 373-0666
         Facsimile:  (217) 373-0667
         Email: John_Taylor@fd.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Eugene L. Miller.

      s/John Taylor

      _____
      JOHN TAYLOR
      Assistant Federal Public Defender
      300 West Main Street
      Urbana, Illinois 61801
      Telephone: (217) 373-0666
      Facsimile:  (217) 373-0667
      Email: John_Taylor@fd.org