UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CR 07-20044 |
| ROBERT MICHAEL QUINLAN, | ) |
| Defendant. | ) |

## PROPOSED STATEMENT OF THE CASE

The defendant is charged with the offense of conspiracy to manufacture methamphetamine from on or before March, 2006, continuing through at least November 15, 2006, in Iroquois County, Illinois and elsewhere. The defendant has denied his guilt.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
eugene.miller@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>John C. Taylor, Esq.
>Assistant Federal Defender
>300 West Main Street
>Urbana, Illinois 61801

>s/ Eugene L. Miller
>Eugene L. Miller, Bar No. IL 6209521
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>eugene.miller@usdoj.gov