UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. CR 07-20044 |
| ROBERT MICHAEL QUINLAN, | ) | |
| Defendant. | ) | |

### THE UNITED STATES OF AMERICA'S EXHIBIT LIST

NOW COMES the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Eugene L. Miller, Assistant United States Attorney, and hereby states that it intends to introduce the following exhibits in its case in chief in the above captioned case:

| NO. | DESCRIPTION | ADMITTED | NOT ADMITTED |
|---|---|---|---|
| 1. | Demonstrative exhibit – materials and process used to manufacture methamphetamine | | |
| 2. | Group exhibit – pseudoephedrine logs reflecting defendant's purchases from 2/21/06 to 04/09/07 | | |
| 2A. | Summary exhibit of group Exhibit 2 | | |
| 3. | Driver's license record of Robert Quinlan dated 6/2/05 | | |

| | | | |
|---|---|---|---|
| 4. | Group exhibit – pseudoephedrine logs reflecting coconspirator's purchases from 2/21/06 to 04/09/07 | | |
| 4A. | Summary exhibit of group Exhibit 4 | | |
| 5. | Demonstrative exhibit – box of pills containing pseudoephedrine | | |
| 6. | Map of Milford, Illinois and surrounding area | | |
| 7A. | Funnel with methamphetamine residue seized from defendant on 11/14/06 | | |
| 7B. | American Value coffee filters seized from defendant on 11/14/06 | | |
| 7C. | Wire cutters seized from defendant on 11/14/06 | | |
| 7D. | Vise grip pliers seized from defendant on 11/14/06 | | |
| 7E. | Red flashlight seized from defendant on 11/14/06 | | |
| 7F. | Silver flashlight seized from defendant on 11/14/06 | | |
| 7G. | Silver pocket knife seized from defendant on 11/14/06 | | |
| 7H. | Plastic Dollar General bag seized from defendant on 11/14/06 | | |
| 8A. | Coffee filters with pill residue seized at Sugar Creek bridge on 11/15/06 | | |

| | | | |
|---|---|---|---|
| 8B. | Empty lithium battery packaging seized at Sugar Creek bridge on 11/15/06 | | |
| 8C. | Stripped lithium batteries, including casing and inside packaging, seized at Sugar Creek bridge on 11/15/06 | | |
| 8D. | Improvised anhydrous ammonia container (plastic milk jug and 2 liter bottle) seized at Sugar Creek bridge on 11/15/06 | | |
| 8E. | Sections of black electrical tape seized at Sugar Creek bridge on 11/15/06 | | |
| 8F. | Two empty containers of Ozark travel camp fuel seized at Sugar Creek bridge on 11/15/06 | | |
| 8G. | Citronella candles seized at Sugar Creek bridge on 11/15/06 | | |
| 9A-Z. | Photographs of Sugar Creek bridge area on 11/15/06 | | |
| 10. | Plea Agreement and cooperation agreement of Daniel J. Caswell | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

 

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY


        s/ Eugene L. Miller
        Eugene L. Miller, Bar No. IL 6209521
        Assistant United States Attorney
        United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        217/373-5875
        FAX: 217-373-5891
        eugene.miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> John C. Taylor, Esq.
> Assistant Federal Defender
> 300 West Main Street
> Urbana, Illinois 61801

> s/ Eugene L. Miller
> Eugene L. Miller, Bar No. IL 6209521
> Assistant United States Attorney
> United States Attorney
> 201 S. Vine St., Suite 226
> Urbana, IL 61802
> 217/373-5875
> FAX: 217-373-5891
> eugene.miller@usdoj.gov