## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR 07-20044 |
| | ) | |
| ROBERT MICHAEL QUINLAN, | ) | |
| | ) | |
| Defendant. | ) | |

### THE UNITED STATES OF AMERICA'S JURY INSTRUCTIONS

NOW COMES the United States of America, by Rodger A. Heaton, United States

Attorney for the Central District of Illinois, and Eugene L. Miller, Assistant United

States Attorney, and hereby submits the attached Government jury instructions,

numbers 1 to 18, in the above captioned case, specifically reserving the right to

withdraw any instructions or submit any additional instructions required by

circumstances occurring during the course of the trial.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/ Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
eugene.miller@usdoj.gov

MEMBERS OF THE JURY, YOU HAVE SEEN AND HEARD ALL THE EVIDENCE IN THIS CASE.  NOW I WILL INSTRUCT YOU ON THE LAW.

YOU HAVE TWO DUTIES AS A JURY.  YOUR FIRST DUTY IS TO DECIDE THE FACTS FROM THE EVIDENCE IN THE CASE.  THIS IS YOUR JOB, AND YOURS ALONE.

YOUR SECOND DUTY IS TO APPLY THE LAW THAT I GIVE YOU TO THE FACTS.  YOU MUST FOLLOW THESE INSTRUCTIONS, EVEN IF YOU DISAGREE WITH THEM.  EACH OF THE INSTRUCTIONS IS IMPORTANT, AND YOU MUST FOLLOW ALL OF THEM.

PERFORM THESE DUTIES FAIRLY AND IMPARTIALLY.  DO NOT ALLOW SYMPATHY, PREJUDICE, FEAR, OR PUBLIC OPINION TO INFLUENCE YOU.

NOTHING I SAY NOW, AND NOTHING I SAID OR DID DURING THE TRIAL, IS MEANT TO INDICATE ANY OPINION ON MY PART ABOUT WHAT THE FACTS ARE OR ABOUT WHAT YOUR VERDICT SHOULD BE.

GOVERNMENT INSTRUCTION NO. 1

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION NO. 1.01

ANY NOTES THAT YOU HAVE TAKEN DURING THIS TRIAL ARE ONLY AIDS TO YOUR MEMORY.  IF YOUR MEMORY DIFFERS FROM YOUR NOTES, YOU SHOULD RELY ON YOUR MEMORY AND NOT ON THE NOTES.  YOUR NOTES ARE NOT EVIDENCE.  IF YOU HAVE NOT TAKEN NOTES, YOU SHOULD RELY ON YOUR INDEPENDENT RECOLLECTION OF THE EVIDENCE AND YOU SHOULD NOT BE UNDULY INFLUENCED BY THE NOTES OF OTHER JURORS. NOTES ARE NOT ENTITLED TO ANY GREATER WEIGHT THAN THE RECOLLECTION OR IMPRESSION OF EACH JUROR ABOUT THE TESTIMONY.

GOVERNMENT INSTRUCTION NO. 2

THE EVIDENCE CONSISTS OF THE TESTIMONY OF THE WITNESSES, THE EXHIBITS ADMITTED IN EVIDENCE, AND STIPULATIONS.

A STIPULATION IS AN AGREEMENT BETWEEN BOTH SIDES THAT CERTAIN FACTS ARE TRUE OR THAT A PERSON WOULD HAVE GIVEN CERTAIN TESTIMONY.

I HAVE TAKEN JUDICIAL NOTICE OF CERTAIN FACTS THAT MAY BE REGARDED AS MATTERS OF COMMON KNOWLEDGE.  YOU MAY ACCEPT THOSE FACTS AS PROVED, BUT YOU ARE NOT REQUIRED TO DO SO.

GOVERNMENT INSTRUCTION NO. 3

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION NO. 1.02

YOU ARE TO DECIDE WHETHER THE TESTIMONY OF EACH OF THE

WITNESSES IS TRUTHFUL AND ACCURATE, IN PART, IN WHOLE, OR NOT AT

ALL, AS WELL AS WHAT WEIGHT, IF ANY, YOU GIVE TO THE TESTIMONY OF

EACH WITNESS.

IN EVALUATING THE TESTIMONY OF ANY WITNESS, YOU MAY

CONSIDER, AMONG OTHER THINGS:

- THE WITNESS'S INTELLIGENCE;

- THE ABILITY AND OPPORTUNITY THE WITNESS HAD TO SEE,

HEAR, OR KNOW THE THINGS THAT THE WITNESS TESTIFIED

ABOUT;

- THE WITNESS'S MEMORY;

- ANY INTEREST, BIAS, OR PREJUDICE THE WITNESS MAY HAVE;

- THE MANNER OF THE WITNESS WHILE TESTIFYING; AND

- THE REASONABLENESS OF THE WITNESS'S TESTIMONY IN LIGHT

OF ALL THE EVIDENCE IN THE CASE.

YOU SHOULD JUDGE THE DEFENDANT'S TESTIMONY IN THE SAME WAY

THAT YOU JUDGE THE TESTIMONY OF ANY OTHER WITNESS.

GOVERNMENT INSTRUCTION NO. 4

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION NO. 1.03

YOU SHOULD USE COMMON SENSE IN WEIGHING THE EVIDENCE AND CONSIDER THE EVIDENCE IN LIGHT OF YOUR OWN OBSERVATIONS IN LIFE.

IN OUR LIVES, WE OFTEN LOOK AT ONE FACT AND CONCLUDE FROM IT THAT ANOTHER FACT EXISTS.  IN LAW WE CALL THIS "INFERENCE."  A JURY IS ALLOWED TO MAKE REASONABLE INFERENCES.  ANY INFERENCES YOU MAKE MUST BE REASONABLE AND MUST BE BASED ON THE EVIDENCE IN THE CASE.

GOVERNMENT INSTRUCTION NO. 5

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION NO. 1.04

SOME OF YOU HAVE HEARD THE PHRASES "CIRCUMSTANTIAL EVIDENCE" AND "DIRECT EVIDENCE."  DIRECT EVIDENCE IS THE TESTIMONY OF SOMEONE WHO CLAIMS TO HAVE PERSONAL KNOWLEDGE OF THE COMMISSION OF THE CRIME WHICH HAS BEEN CHARGED, SUCH AS AN EYEWITNESS.  CIRCUMSTANTIAL EVIDENCE IS THE PROOF OF A SERIES OF FACTS WHICH TEND TO SHOW WHETHER THE DEFENDANT IS GUILTY OR NOT GUILTY.  THE LAW MAKES NO DISTINCTION BETWEEN THE WEIGHT TO BE GIVEN EITHER DIRECT OR CIRCUMSTANTIAL EVIDENCE.  YOU SHOULD DECIDE HOW MUCH WEIGHT TO GIVE TO ANY EVIDENCE.  ALL THE EVIDENCE IN THE CASE, INCLUDING THE CIRCUMSTANTIAL EVIDENCE, SHOULD BE CONSIDERED BY YOU IN REACHING YOUR VERDICT.

GOVERNMENT INSTRUCTION NO. 6

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION NO. 1.05

CERTAIN THINGS ARE NOT EVIDENCE.  I WILL LIST THEM FOR YOU:

FIRST, TESTIMONY AND EXHIBITS THAT I STRUCK FROM THE RECORD, OR THAT I TOLD YOU TO DISREGARD, ARE NOT EVIDENCE AND MUST NOT BE CONSIDERED.

SECOND, ANYTHING THAT YOU MAY HAVE SEEN OR HEARD OUTSIDE THE COURTROOM IS NOT EVIDENCE AND MUST BE ENTIRELY DISREGARDED. THIS INCLUDES ANY PRESS, RADIO, OR TELEVISION REPORTS YOU MAY HAVE SEEN OR HEARD.  SUCH REPORTS ARE NOT EVIDENCE AND YOUR VERDICT MUST NOT BE INFLUENCED IN ANY WAY BY SUCH PUBLICITY.

THIRD, QUESTIONS AND OBJECTIONS BY THE LAWYERS ARE NOT EVIDENCE.  ATTORNEYS HAVE A DUTY TO OBJECT WHEN THEY BELIEVE A QUESTION IS IMPROPER.  YOU SHOULD NOT BE INFLUENCED BY ANY OBJECTION OR BY MY RULING ON IT.

FOURTH, THE LAWYERS' STATEMENTS TO YOU ARE NOT EVIDENCE. THE PURPOSE OF THESE STATEMENTS IS TO DISCUSS THE ISSUES AND THE EVIDENCE.  IF THE EVIDENCE AS YOU REMEMBER IT DIFFERS FROM WHAT THE LAWYERS SAID, YOUR MEMORY IS WHAT COUNTS.

GOVERNMENT INSTRUCTION NO. 7

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION NO. 1.06

IT IS PROPER FOR AN ATTORNEY TO INTERVIEW ANY WITNESS IN

PREPARATION FOR TRIAL.

GOVERNMENT INSTRUCTION NO. 8

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION NO. 1.07

THE INDICTMENT IN THIS CASE IS THE FORMAL METHOD OF ACCUSING THE DEFENDANT OF AN OFFENSE AND PLACING THE DEFENDANT ON TRIAL. IT IS NOT EVIDENCE AGAINST THE DEFENDANT AND DOES NOT CREATE ANY INFERENCE OF GUILT.

THE DEFENDANT IS CHARGED WITH THE OFFENSE OF CONSPIRACY TO MANUFACTURE METHAMPHETAMINE INVOLVING MORE THAN FIVE GRAMS. THE DEFENDANT HAS PLEADED NOT GUILTY TO THE CHARGE.

GOVERNMENT INSTRUCTION NO. 9

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION NO. 2.01

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | NO. CR 07-20044 |
| | ) | |
| ROBERT MICHAEL QUINLAN, | ) | TITLE 21, UNITED STATES CODE, |
| | ) | SECTIONS 841(a)(1) & (b)(1)(B)(viii) |
| DEFENDANT. | ) | & 846; TITLE 18, UNITED STATES |
| | ) | CODE, SECTION 2. |

## I N D I C T M E N T

## COUNT 1

**THE GRAND JURY CHARGES:**

1.  FROM ON OR BEFORE MARCH, 2006, AND CONTINUING THROUGH AT LEAST NOVEMBER 15, 2006, IN IROQUOIS COUNTY, IN THE CENTRAL DISTRICT OF ILLINOIS, AND ELSEWHERE,

**ROBERT MICHAEL QUINLAN,**

DEFENDANT HEREIN, DID KNOWINGLY AND INTENTIONALLY CONSPIRE WITH OTHERS, BOTH KNOWN AND UNKNOWN TO THE GRAND JURY, TO MANUFACTURE METHAMPHETAMINE, A SCHEDULE II CONTROLLED SUBSTANCE, AND THE CONSPIRACY INVOLVED FIVE GRAMS OR MORE OF METHAMPHETAMINE, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 846, 841(a)(1), AND 841(b)(1)(B)(viii).

2.  **OBJECTS OF THE CONSPIRACY**

THE OBJECTS OF THIS CRIMINAL CONSPIRACY INCLUDED TO OBTAIN

QUANTITIES OF PSEUDOEPHEDRINE AND OTHER PRECURSORS, WHICH

COULD THEN BE MANUFACTURED INTO METHAMPHETAMINE, AND TO DO

SO WITHOUT DETECTION BY LAW ENFORCEMENT AUTHORITIES.

3.  **MEANS AND METHODS OF THE CONSPIRACY**

AMONG THE MEANS AND METHODS BY WHICH THE CONSPIRATORS

CONDUCTED AND PARTICIPATED IN THE CRIMINAL CONSPIRACY ARE THE

FOLLOWING:

A.     THE SALE OF PRODUCTS CONTAINING PSEUDOEPHEDRINE HAS

BEEN RESTRICTED BY STATE AND FEDERAL LAW TO PREVENT

PSEUDOEPHEDRINE FROM BEING USED TO ILLEGALLY MANUFACTURE

METHAMPHETAMINE.  TO ATTEMPT TO EVADE THESE RESTRICTIONS AND

AVOID DETECTION OF THE CONSPIRACY, THE DEFENDANT PURCHASED

PRODUCTS CONTAINING PSEUDOEPHEDRINE AT DIFFERENT RETAIL

LOCATIONS, INCLUDING IN DIFFERENT STATES, AT DIFFERENT TIMES. THE

DEFENDANT ALSO ATTEMPTED TO EVADE THESE RESTRICTIONS AND AVOID

DETECTION OF THE CONSPIRACY BY INDUCING OTHERS TO PURCHASE

PRODUCTS CONTAINING PSEUDOEPHEDRINE FOR THE DEFENDANT BY

OFFERING EITHER MONEY OR METHAMPHETAMINE IN EXCHANGE FOR THEIR

ASSISTANCE.

B.      THE DEFENDANT AND OTHERS THEN USED THE

PSEUDOEPHEDRINE THAT THEY HAD OBTAINED TO ILLEGALLY

MANUFACTURE METHAMPHETAMINE.

ALL IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 846

AND 841(B)(1)(B)(VIII), AND TITLE 18, UNITED STATES CODE, SECTION 2.

GOVERNMENT INSTRUCTION NO. 10

INDICTMENT

THE DEFENDANT IS PRESUMED TO BE INNOCENT OF THE CHARGE. THIS PRESUMPTION CONTINUES DURING EVERY STAGE OF THE TRIAL AND YOUR DELIBERATIONS ON THE VERDICT.  IT IS NOT OVERCOME UNLESS FROM ALL THE EVIDENCE IN THE CASE YOU ARE CONVINCED BEYOND A REASONABLE DOUBT THAT THE DEFENDANT IS GUILTY AS CHARGED.  THE GOVERNMENT HAS THE BURDEN OF PROVING THE GUILT OF THE DEFENDANT BEYOND A REASONABLE DOUBT.

THIS BURDEN OF PROOF STAYS WITH THE GOVERNMENT THROUGHOUT THE CASE.  THE DEFENDANT IS NEVER REQUIRED TO PROVE HIS INNOCENCE OR TO PRODUCE ANY EVIDENCE AT ALL.

GOVERNMENT INSTRUCTION NO. 11

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION NO. 2.03

YOU HAVE HEARD WITNESSES GIVE OPINIONS ABOUT MATTERS

REQUIRING SPECIAL KNOWLEDGE OR SKILL.  YOU SHOULD JUDGE THIS

TESTIMONY IN THE SAME WAY THAT YOU JUDGE THE TESTIMONY OF ANY

OTHER WITNESS.  THE FACT THAT SUCH A PERSON HAS GIVEN AN OPINION

DOES NOT MEAN THAT YOU ARE REQUIRED TO ACCEPT IT.  GIVE THE

TESTIMONY WHATEVER WEIGHT YOU THINK IT DESERVES, CONSIDERING THE

REASONS GIVEN FOR THE OPINION, THE WITNESSES' QUALIFICATIONS, AND

ALL OF THE OTHER EVIDENCE IN THE CASE.

GOVERNMENT INSTRUCTION NO. 12

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION NO. 3.07

A CONSPIRACY IS AN AGREEMENT BETWEEN TWO OR MORE PERSONS TO ACCOMPLISH AN UNLAWFUL PURPOSE.  TO SUSTAIN THE CHARGE OF CONSPIRACY TO MANUFACTURE METHAMPHETAMINE, THE GOVERNMENT MUST PROVE:

FIRST, THAT THE CONSPIRACY AS CHARGED IN THE INDICTMENT EXISTED; AND

SECOND, THAT THE DEFENDANT KNOWINGLY BECAME A MEMBER OF THE CONSPIRACY WITH AN INTENTION TO FURTHER THE CONSPIRACY.

IF YOU FIND FROM YOUR CONSIDERATION OF ALL OF THE EVIDENCE THAT EACH OF THESE PROPOSITIONS HAS BEEN PROVED BEYOND A REASONABLE DOUBT, THEN YOU SHOULD FIND THE DEFENDANT GUILTY.

IF, ON THE OTHER HAND, YOU FIND FROM YOUR CONSIDERATION OF ALL OF THE EVIDENCE THAT ANY OF THESE PROPOSITIONS HAS NOT BEEN PROVED BEYOND A REASONABLE DOUBT, THEN YOU SHOULD FIND THE DEFENDANT NOT GUILTY.

A CONSPIRACY MAY BE ESTABLISHED EVEN IF ITS PURPOSE WAS NOT ACCOMPLISHED.

GOVERNMENT'S INSTRUCTION NO. 13

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION NO. 5.08

WHEN THE WORD "KNOWINGLY" OR THE PHRASE "THE DEFENDANT KNEW" IS USED IN THESE INSTRUCTIONS, IT MEANS THAT THE DEFENDANT REALIZED WHAT HE WAS DOING AND WAS AWARE OF THE NATURE OF HIS CONDUCT, AND DID NOT ACT THROUGH IGNORANCE, MISTAKE OR ACCIDENT. KNOWLEDGE MAY BE PROVED BY THE DEFENDANT'S CONDUCT, AND BY ALL THE FACTS AND CIRCUMSTANCES SURROUNDING THE CASE.

GOVERNMENT INSTRUCTION NO. 14

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION NO. 4.06

UPON RETIRING TO THE JURY ROOM, SELECT ONE OF YOUR NUMBER AS YOUR FOREPERSON.  THE FOREPERSON WILL PRESIDE OVER YOUR DELIBERATIONS AND WILL BE YOUR REPRESENTATIVE HERE IN COURT.

A FORM OF VERDICT HAS BEEN PREPARED FOR YOU.

TAKE THIS FORM TO THE JURY ROOM, AND WHEN YOU HAVE REACHED UNANIMOUS AGREEMENT ON THE VERDICT, YOUR FOREPERSON WILL FILL IN AND DATE THE FORM, AND EACH OF YOU WILL SIGN IT.

GOVERNMENT INSTRUCTION NO. 15

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION NO. 7.01

I DO NOT ANTICIPATE THAT YOU WILL NEED TO COMMUNICATE WITH ME.  IF YOU DO, HOWEVER, THE ONLY PROPER WAY IS IN WRITING, SIGNED BY THE FOREPERSON, OR IF HE OR SHE IS UNWILLING TO DO SO, BY SOME OTHER JUROR, AND GIVEN TO THE MARSHAL.

GOVERNMENT INSTRUCTION NO. 16

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION NO. 7.05

THE VERDICT MUST REPRESENT THE CONSIDERED JUDGMENT OF EACH JUROR.  YOUR VERDICT, WHETHER IT BE GUILTY OR NOT GUILTY, MUST BE UNANIMOUS.

YOU SHOULD MAKE EVERY REASONABLE EFFORT TO REACH A VERDICT.  IN DOING SO, YOU SHOULD CONSULT WITH ONE ANOTHER, EXPRESS YOUR OWN VIEWS, AND LISTEN TO THE OPINIONS OF YOUR FELLOW JURORS.  DISCUSS YOUR DIFFERENCES WITH AN OPEN MIND.  DO NOT HESITATE TO RE-EXAMINE YOUR OWN VIEWS AND CHANGE YOUR OPINION IF YOU COME TO BELIEVE IT IS WRONG.  BUT YOU SHOULD NOT SURRENDER YOUR HONEST BELIEFS ABOUT THE WEIGHT OR EFFECT OF EVIDENCE SOLELY BECAUSE OF THE OPINIONS OF YOUR FELLOW JURORS OR FOR THE PURPOSE OF RETURNING A UNANIMOUS VERDICT.

THE TWELVE OF YOU SHOULD GIVE FAIR AND EQUAL CONSIDERATION TO ALL THE EVIDENCE AND DELIBERATE WITH THE GOAL OF REACHING AN AGREEMENT WHICH IS CONSISTENT WITH THE INDIVIDUAL JUDGMENT OF EACH JUROR.

YOU ARE IMPARTIAL JUDGES OF THE FACTS.  YOUR SOLE INTEREST IS TO DETERMINE WHETHER THE GOVERNMENT HAS PROVED ITS CASE BEYOND A REASONABLE DOUBT.

GOVERNMENT INSTRUCTION NO. 17

SEVENTH CIRCUIT PATTERN JURY INSTRUCTION NO. 7.06

<div align="center">

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

</div>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | NO. CR 07-20044 |
| | ) | |
| ROBERT MICHAEL QUINLAN, | ) | TITLE 21, UNITED STATES CODE, |
| | ) | SECTIONS 841(a)(1) & (b)(1)(B)(viii) |
| DEFENDANT. | ) | & 846; TITLE 18, UNITED STATES |
| | ) | CODE, SECTION 2. |

<div align="center">

**V E R D I C T**

</div>

WE, THE JURY, FIND THE DEFENDANT, ROBERT MICHAEL QUINLAN,

_____ OF THE OFFENSE OF CONSPIRACY TO

   (guilty, not guilty)

MANUFACTURE METHAMPHETAMINE AS CHARGED IN THE INDICTMENT.

IF YOU FIND THE DEFENDANT GUILTY, PLEASE ANSWER THE

FOLLOWING QUESTION:

DID THE GOVERNMENT PROVE BEYOND A REASONABLE DOUBT THAT THE

CONSPIRACY INVOLVED FIVE GRAMS OR MORE OF METHAMPHETAMINE?

_____

   (yes, no)

DATE:_____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____
                                            FOREPERSON

*United States v. Tolliver*, 454 F.3d 660, 667-69 (7th Cir. 2006).

GOVERNMENT'S INSTRUCTION NO. 18

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 29, 2007, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the following:

> John C. Taylor, Esq.
> Assistant Federal Defender
> 300 West Main Street
> Urbana, Illinois 61801

<div style="margin-left:40%">

s/ Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
eugene.miller@usdoj.gov

</div>