UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case NO. CR07-20044 |
| ROBERT MICHAEL QUINLAN, | ) ) ) |
| Defendant. | ) |

**THE UNITED STATES OF AMERICA'S
MOTION TO CONTINUE SENTENCING HEARING**

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Eugene L. Miller, Assistant United States Attorney, respectfully requests that this Court continue the sentencing hearing in this matter currently scheduled for December 19, 2007 at 9:30 a.m. In support, the United States submits the following:

1.  On April 4, 2007, a federal grand jury indicted the defendant for conspiracy to manufacture methamphetamine involving five grams or more. On September 7, 2007, the defendant pleaded guilty to the sole count of the indictment without any plea agreement with the United States. Sentencing is currently scheduled for December 19, 2007 at 9:30 a.m. for one hour. (Another sentencing hearing is scheduled before the Court at 10:30 a.m. that same day.)

2.  On November 21, 2007, the United States advised the probation office that it had no objections to the original Presentence Report (PSR) in this case. On December

11, 2007, the United States received the revised PSR. The revised PSR stated that the defendant objected to relevant conduct detailed in the PSR, as well as an enhancement for an aggravated role in the conspiracy. The United States has discussed with defense counsel the United States' willingness to consider a two-level reduction in the defendant's offense level if the defendant accepts responsibility for his criminal conduct prior to sentencing, as well as its position that a two-level increase may be appropriate if the defendant frivolously denies relevant conduct. At this time, the United States understands that the defendant will continue to pursue his stated objections to the PSR.

3. Therefore, pursuant to the Court's Order on Implementation of Sentencing Guidelines, the United States hereby gives notice that it intends to present sworn testimony at the sentencing hearing. Its proposed witnesses are Daniel J. Caswell and Illinois State Police Trooper Ken Massey. The subject of their testimony will be the information contained in the PSR that supports its findings regarding relevant conduct and the defendant's role in the offense. The United States estimates that their testimony, coupled with cross-examination and argument, will cause the sentencing hearing to be approximately two hours in length.

4. Due to the anticipated sworn testimony, the United States does not believe the hearing can be completed in the allotted one hour, and therefore, requests it be continued to a time when at least two hours are available for the hearing. Moreover, Daniel J. Caswell is currently in the custody of the Federal Bureau of Prisons in Coleman, Florida. The United States Marshals Service has advised me that they will be

unable to transport Caswell here by December 19, 2007. They have requested approximately four weeks notice to enable them to transport Caswell back to the Central District of Illinois. Therefore, the United States requests a continuance to a date approximately four weeks from December 19, 2007, to allow Caswell to be transported to the Central District of Illinois to testify at the defendant's sentencing hearing.

5. This motion is not interposed for purposes of delay, but to allow the United States to present evidence in support of the information contained in the PSR to which the defendant has objected.

WHEREFORE, the United States of America respectfully requests that the sentencing in this matter be continued from December 19, 2007.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ Eugene L. Miller
Eugene L. Miller, Bar No. IL 6209521
Assistant United States Attorney
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
217/373-5875
FAX: 217-373-5891
eugene.miller@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. John Taylor, Esq.
>Assistant Federal Defender
>300 W. Main St.
>Urbana, IL 61801

>s/ Eugene L. Miller
>Eugene L. Miller, Bar No. IL 6209521
>Assistant United States Attorney
>United States Attorney
>201 S. Vine St., Suite 226
>Urbana, IL 61802
>217/373-5875
>FAX: 217-373-5891
>eugene.miller@usdoj.gov