**E-FILED**
Tuesday, 19 February, 2008  10:23:16 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL DIVISION

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | ) CASE NO. 07-20044-01 |
| | ) |
| **ROBERT MICHAEL QUINLAN** | ) |

### NOTICE OF APPEAL

**NOTICE** is hereby given that **ROBERT MICHAEL QUINLAN** appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered on **February 15, 2008,** in the above case.

PREPARED BY:

**PAMELA E. ROBINSON, CLERK**
**U. S. DISTRICT COURT**

**DATE ENTERED:** February 19, 2008