## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois            Docket No.: 07-20044-001

Division: Urbana

**Plaintiff (Petitioner)        Short Caption        Defendant (Respondent)**

UNITED STATES OF AMERICA            v.        ROBERT MICHAEL QUINLAN

---

**Current Counsel for Plaintiff (Petitioner):**            **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Eugene Miller | Name: John C. Taylor |
| Firm: U.S. Attorney's Office | Firm: Federal Public Defender's Office |
| Address: 201 S. Vine Street | Address: 300 W. Main Street |
| Urbana, IL  61802 | Urbana, IL  61801 |
| Phone: (217) 373-5875 | Phone: (217) 373-0666 |

---

| | |
|---|---|
| Judge: Michael P. McCuskey | Nature of Suit Code:  Criminal |
| Court Reporter: Lisa Cosimini | Date Filed in District Court:  4/4/2007 |
| | Date of Judgment: 2/15/08 |
| | Date of Notice of Appeal: 2/19/08 |

Counsel:   X  Appointed      ___Retained    ___Pro Se

Fee Status:   ___Paid      ___Due      ___IFP      ___IFP Pending      ___U.S.      X  Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:      ___Yes      ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  #14455-026

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**