E-FILED
Wednesday, 20 February, 2008  11:24:46 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit
219 S. Dearborn Street, Suite 2722
Chicago, Illinois 60604

Clerk of the Court                                            (312)435-5850

**To:** District Court Clerk's Office

**Re:** Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| | |
|---|---|
| Filed on: | 2/19/08 |
| Appellate Court No.: | 08-1388 |
| Short Caption: | USA v. Quinlan |
| District Court Judge: | Judge McCuskey |
| District Court No.: | 07 CR 20044 |

If you have any questions regarding this appeal, please call this office.

**cc:** **Court Reporter**