



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

August 26, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: USA v. ROBERT MICHAEL QUINLAN
        D. C. Docket No. 07-20044-001
        U. S. C. A. Docket No. 08-1388

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

1      Volume of Pleadings

1      Volume of Transcripts

1      Volume of Sealed Documents

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        PAMELA E. ROBINSON, CLERK

        BY:   s/ K. Marsh
                 Deputy Clerk

APPEAL

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CRIMINAL DOCKET FOR CASE #: 2:07-cr-20044-MPM-DGB-1
*Internal Use Only*

Case title: USA v. Quinlan

Date Filed: 04/04/2007
Date Terminated: 02/15/2008

Assigned to: Chief Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal

Appeals court case number: '08-1388' 'Seventh Circuit'

### Defendant (1)

**Robert Michael Quinlan**
*TERMINATED: 02/15/2008*

represented by **John C Taylor**
FEDERAL PUBLIC DEFENDER
300 W Main St
Urbana, IL 61801
217-373--0666
Fax: 217-373-0667
Email: john_taylor@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

CONSPIRACY TO MANUFACTURE CONTROLLED SUBSTANCE (From on or about March, 2006, and continuing through at least November 15, 2006, defendant did knowingly conspire with others to manufacture methamphetamine, in violation of Title 21 U.S.C. Sections 846, 841(a)(1) and 841(b)(1)(B)(viii)
(1)

### Disposition

It is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons for a term of 262 months. Upon release from imprisonment, defendant shall be placed on supervised release for a term of five years, with special conditions. It is further ordered that defendant shall pay a special assessment in the amount of $100, due immediately

A TRUE COPY
ATTEST·
PAMELA E. ROBINSON, CLERK
BY _____
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE:

### Highest Offense Level (Opening)

Felony

1

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

USA                                                                 represented by  **Eugene L Miller**
US ATTY
201 South Vine
Urbana , IL 61801
217-373-5875
Fax: 217-373-5891
Email: eugene.miller@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/04/2007 | 1 | 7 | INDICTMENT as to Robert Michael Quinlan (1) Count 1. (SP, ilcd) (Entered: 04/04/2007) |
| 04/04/2007 | 2 | | *SEALED* +++ SEALED DOCUMENT. (Unredacted Indictment) (SP, ilcd) (Entered: 04/04/2007) |
| 04/11/2007 | | | Arrest of Robert Michael Quinlan (KM, ilcd) (Entered: 04/12/2007) |
| 04/12/2007 | | | TEXT ORDER as to Robert Michael Quinlan entered by Judge David G. Bernthal on 4/12/07. Initial Appearance is scheduled for 4/12/2007 at 2:00 PM in Courtroom C before Magistrate Judge David G. Bernthal. (KM, ilcd) (Entered: 04/12/2007) |
| 04/12/2007 | | | ORAL MOTION to Unseal Case by USA as to Robert Michael Quinlan. (KM, ilcd) (Entered: 04/12/2007) |
| 04/12/2007 | | | TEXT ORDER granting oral Motion to Unseal Case as to Robert Michael Quinlan (1) entered by Judge David G. Bernthal on 4/12/07. (KM, ilcd) (Entered: 04/12/2007) |
| 04/12/2007 | | | ORAL MOTION to detain defendant by USA as to Robert Michael Quinlan. (KM, ilcd) (Entered: 04/12/2007) |
| 04/12/2007 | | | Minute Entry for proceedings held 4/12/07 before Judge David G. Bernthal. Appearance for Government by AUSA Eugene Miller. Defendant ROBERT MICHAEL QUINLAN present in person. Initial Appearance held. Defendant advised of charges and rights, including right to counsel. Defendant requests |

2

| | | | |
|---|---|---|---|
| | | | court-appointed counsel; files financial affidavit. Court finds defendant qualifies and appoints Federal Defender's Office. Fees/costs to be reimbursed on further order of the Court. AFPD John Taylor present in court. Arraignment as to Robert Michael Quinlan (1) Count 1 held. Defendant sworn; questioned by the Court. Defendant advised of charges and possible penalties. Defendant pleaded not guilty to Indictment. Scheduling order entered. Oral motion by Government for detention of defendant. Detention Hearing held. No evidence presented; arguments heard. Court orders defendant detained; order to be entered. Defendant remanded to custody of US Marshal. Case ordered unsealed. (Tape #UR-C 2:44 PM.) (KM, ilcd) (Entered: 04/12/2007) |
| 04/12/2007 | 4 | 9 | CJA 23 Financial Affidavit by Robert Michael Quinlan (KM, ilcd) (Entered: 04/12/2007) |
| 04/12/2007 | 5 | | SCHEDULING ORDER as to Robert Michael Quinlan entered by Judge David G. Bernthal on 4/12/07. Pretrial Conference set for 6/7/2007 at 3:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 6/18/2007 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. (KM, ilcd) (Entered: 04/12/2007) |
| 04/16/2007 | 6 | 10 | Arrest Warrant Returned Executed on 4/11/07 at Milford, IL as to Robert Michael Quinlan. (KM, ilcd) (Entered: 04/16/2007) |
| 04/19/2007 | 7 | 11 | ORDER OF DETENTION as to Robert Michael Quinlan entered by Judge David G. Bernthal on 4/19/07. (KM, ilcd) (Entered: 04/19/2007) |
| 05/15/2007 | 8 | | First MOTION to Continue *Pretrial Conference Date And Vacate Trial Date And To Extend The Rule 12.1 Motion Filing Deadline* by Robert Michael Quinlan. (Taylor, John) (Entered: 05/15/2007) |
| 05/15/2007 | | | NOTICE OF HEARING: A hearing on defendant's 8 Motion to Continue Pretrial Conference Date And Vacate Trial Date And To Extend The Rule 12.1 Motion Filing Deadline as to Robert Michael Quinlan is set for 6/7/2007 at 3:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. (MB, ilcd) (Entered: 05/15/2007) |
| 06/07/2007 | | | Minute Entry for proceedings held 6/7/07 before Chief Judge Michael P. McCuskey. Appearance of AUSA Eugene Miller for Government. Appearance of ROBERT MICHAEL QUINLAN in person with counsel AFPD John Taylor. Matter set for Final Pretrial; not held. Motion hearing held re 8 First MOTION to Continue Pretrial Conference Date And Vacate Trial Date And To Extend The Rule 12.1 Motion Filing Deadline filed by Robert Michael Quinlan. No objection by Government. Motion granted. Jury trial on 6/18/07 is VACATED. Matter set for Status Conference on 7/18/2007 at 9:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. The Court finds the ends of justice have been met pursuant to 18 USC 3161(h)(8)(A). Time is excluded from 6/7/07 until 7/18/07. Defendant remanded to the custody of the US Marshal. (Court Reporter LC.) (SKD, ilcd) (Entered: 06/08/2007) |
| 07/18/2007 | | | Minute Entry for proceedings held 7/18/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Eugene Miller. Defendant ROBERT MICHAEL QUINLAN present in person and with counsel John Taylor. Status Conference as to Robert Michael Quinlan held. Defendant requests jury trial. Pretrial Conference set for 8/29/2007 at 9:30 AM in Courtroom A |

| | | | |
|---|---|---|---|
| | | | before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial are set for 9/10/2007 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. Estimated length of trial is 3-4 days. The Court finds the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). The time from 7/18/07 to 9/10/07 is excluded. Defendant is remanded to custody of US Marshal.(Court Reporter LC.) (KM, ilcd) Modified on 8/31/2007 to correct typographical error (KM, ilcd). (Entered: 07/18/2007) |
| 08/29/2007 | 9 | 13 | EXHIBIT LIST by Robert Michael Quinlan (Taylor, John) (Entered: 08/29/2007) |
| 08/29/2007 | 10 | 15 | STATEMENT OF THE CASE by USA as to Robert Michael Quinlan. (Miller, Eugene) (Entered: 08/29/2007) |
| 08/29/2007 | 13 | 17 | EXHIBIT LIST by USA as to Robert Michael Quinlan (Miller, Eugene) (Entered: 08/29/2007) |
| 08/29/2007 | 14 | 22 | Proposed Jury Instructions by USA as to Robert Michael Quinlan (Miller, Eugene) (Entered: 08/29/2007) |
| 08/29/2007 | | | Minute Entry for proceedings held 8/29/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Eugene Miller. Defendant ROBERT MICHAEL QUINLAN present in person and with counsel John Taylor. Pretrial Conference held. Defendant has until 9/6/07 to file any objections to exhibit list or witness list. Defendant orally stated that he adopts Government's exhibit list and witness list. Any proposed voir dire questions due by 9/6/07. Defendant has until 9/6/07 to file any jury instructions or alternative instructions. Motion deadline is 9/6/07. Defendant is remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 08/29/2007) |
| 09/07/2007 | 15 | 45 | POSITION by USA as to Robert Michael Quinlan regarding Open Plea of Guilty. (Miller, Eugene) (Entered: 09/07/2007) |
| 09/07/2007 | | | Minute Entry for proceedings held 9/7/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Eugene Miller. Defendant ROBERT MICHAEL QUINLAN present in person and with counsel John Taylor. Change of Plea Hearing held. Defendant sworn; advised of rights, charges, and possible penalties. Open Plea entered by Robert Michael Quinlan (1) of Guilty to Count 1. Court accepts plea of guilty and finds the defendant guilty as charged. Jury selection/jury trial previously set for 9/10/07 is vacated. Sentencing set for 12/19/2007 at 9:30 AM in Courtroom A before Chief Judge Michael P. McCuskey. Cause referred to US Probation Office for presentence investigation report. Defendant remanded to custody of US Marshal. (Court Reporter TJ.) (KM, ilcd) (Entered: 09/07/2007) |
| 09/07/2007 | 16 | 56 | ORDER on Implementation of Sentencing Guidelines as to Robert Michael Quinlan entered by Chief Judge Michael P. McCuskey on 9/7/07. (KM, ilcd) (Entered: 09/07/2007) |
| 12/13/2007 | 17 | | MOTION to Continue *Sentencing Hearing* by USA as to Robert Michael Quinlan. (Miller, Eugene) (Entered: 12/13/2007) |
| 12/19/2007 | | | Minute Entry for proceedings held 12/19/07 before Chief Judge Michael P. McCuskey. Appearance for Government by AUSA Eugene Miller. Defendant ROBERT MICHAEL QUINLAN present in person and with counsel John Taylor. Parties acknowledge receipt of presentence investigation report; |

| | | | |
|---|---|---|---|
| | | | objections to report by defendant. Defendant's 17 Motion to Continue Sentencing hearing is granted. Sentencing is reset for 2/13/2008 at 1:30 PM in Courtroom A before Chief Judge Michael P. McCuskey. Government to issue writ for Daniel Caswell to appear as a witness at sentencing hearing. US Marshal is to transport witness Daniel Caswell from Bureau of Prisons in Coleman, Florida. Defendant is remanded to custody of US Marshal. (Court Reporter LC.) (KM, ilcd) (Entered: 12/19/2007) |
| 02/13/2008 | | | Minute Entry for proceedings held on 2/13/2008 before Chief Judge Michael P. McCuskey: Appearance for the Government by AUSA Eugene Miller. Defendant ROBERT QUINLAN appeared in person with counsel, AFPD John Taylor. Sentencing continued from 12/19/2007 for Robert Michael Quinlan (1), Count 1. Evidence for the Government. Witnesses sworn, testimony heard. Government rests. No evidence for defendant. Arguments by counsel heard. It is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons for a term of 262 months. Upon release from imprisonment, defendant shall be placed on supervised release for a term of five years, with special conditions. It is further ordered that defendant shall pay a special assessment in the amount of $100, due immediately. Defendant requests that the Court file a notice of appeal on behalf of defendant. The Court finds the defendant is indigent and directs the Clerk to file a notice of appeal on behalf of defendant. Defendant is remanded to the custody of the U S Marshal. (Court Reporter FA-Area Wide) (SP, ilcd) (Entered: 02/13/2008) |
| 02/13/2008 | 18 | 57 | +++ PRESENTENCE INVESTIGATION REPORT as to Robert Michael Quinlan (SP, ilcd) (Entered: 02/13/2008) |
| 02/13/2008 | 19 | 80 | +++ SENTENCING RECOMMENDATION as to Robert Michael Quinlan. (SP, ilcd) (Entered: 02/13/2008) |
| 02/15/2008 | 20 | 83 | JUDGMENT as to Robert Michael Quinlan (1), Count 1, entered by Chief Judge Michael P. McCuskey on 2/15/2008. (SP, ilcd) (Entered: 02/15/2008) |
| 02/15/2008 | 21 | 90 | +++ STATEMENT OF REASONS FOR IMPOSING SENTENCE as to Robert Michael Quinlan (SP, ilcd) (Entered: 02/15/2008) |
| 02/19/2008 | 22 | 97 | NOTICE OF APPEAL by Robert Michael Quinlan re 20 Judgment entered 2/15/08. (KM, ilcd) (Entered: 02/19/2008) |
| 02/19/2008 | 23 | | Short Record of Appeal as to Robert Michael Quinlan sent to US Court of Appeals re 22 Notice of Appeal – Final Judgment (KM, ilcd) (Entered: 02/19/2008) |
| 02/20/2008 | 24 | | USCA Case Number 08-1388 for 22 Notice of Appeal – Final Judgment filed by Robert Michael Quinlan. (KM, ilcd) (Entered: 02/20/2008) |
| 03/13/2008 | 25 | | TRANSCRIPT REQUEST by Robert Michael Quinlan for proceedings held on 2/13/2008 before Chief Judge Michael P. McCuskey. (SP, ilcd) (Entered: 03/14/2008) |
| 03/24/2008 | 26 | 98 | Transcript of Proceedings as to Robert Michael Quinlan held on 2/13/2008, before Chief Judge Michael P. McCuskey. Court Reporter/Transcriber FA/AW, Telephone number (217) 356-5119. Transcript purchased by: AFPD John Taylor. |

| | | | |
|---|---|---|---|
| | | | IMPORTANT: The parties have five (5) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e-filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.<br><br>Redaction Request due 4/14/2008. Redacted Transcript Deadline set for 4/24/2008. Release of Transcript Restriction set for 6/23/2008. (SP, ilcd) (Entered: 03/24/2008) |
| 04/18/2008 | 27 | 193 | Transcript of Proceedings as to Robert Michael Quinlan of Change of Plea held on 9/7/07, before Judge Michael P. McCuskey. Court Reporter/Transcriber TJ, Telephone number (217) 373-5835. Transcript purchased by:John C. Taylor.<br><br>IMPORTANT: The parties have five (5) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Motion of Requested Redactions shall be e-filed with the Court. Access to this motion will be restricted to the Court and the attorneys of record in the case. If no such Notice and Motion are filed, the transcript may be made remotely, electronically available to the public, without redaction, 90 days from the date initially filed. Any party needing a copy of the transcript to review for redaction purposes may view the transcript at the Clerk's Office public terminal or contact the Court Reporter for purchase. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.<br><br>Redaction Request due 5/9/2008. Redacted Transcript Deadline set for 5/19/2008. Release of Transcript Restriction set for 7/17/2008. (KM, ilcd) (Entered: 04/18/2008) |
| 08/26/2008 | 28 | | Request from USCA for Long Record re 22 Notice of Appeal - Final Judgment. (KM, ilcd) (Entered: 08/26/2008) |