2:07-cr-20044-MPM-DGB     # 30     Page 1 of 1     E-FILED
                                                   Thursday, 04 September, 2008 11:30:14 AM
2:07-cr-20044-MPM-DGB     # 29     Page 1 of 1     Clerk, U.S. District Court, ILCD
                                                   E-FILED
                                                   Tuesday, 26 August, 2008 03:03:52 PM
                                                   Clerk, U.S. District Court, ILCD



## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

August 26, 2008

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

COPY  08-1388

RE: USA v. ROBERT MICHAEL QUINLAN
D. C. Docket No. 07-20044-001
U. S. C. A. Docket No. 08-1388

FILED
SEP - 4 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1     Volume of Pleadings

1     Volume of Transcripts

1     Volume of Sealed Documents

U.S.C.A. – 7th Circuit
FILED
AUG 29 2008  SK
GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

ON CM/ECF
AUG 29 2008  SK

Very truly yours,

PAMELA E. ROBINSON, CLERK

BY:   s/ K. Marsh
      Deputy Clerk